UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS,<br><br>                  *Plaintiff,*<br><br>v.<br><br>SOUTHWEST AIRLINES CO.,<br><br>                  *Defendant.* | Case No. 3:24-CV-1209-D |

**ORDER GRANTING DEFENDANTS' MOTION TO STAY OTHER PROCEEDINGS**

This matter came before the Court on the Parties' Joint Motion to Extend Motion to Stay Other Proceedings ("Motion") the Complaint. Based on the arguments of counsel, the papers submitted by the parties, and the legal authority cited therein, the Court finds the Motion should be GRANTED.

It is therefore ORDERED that the other proceedings in this action are stayed pending resolution of Defendant's Motion to Dismiss.

Dated: August 29, 2024

/s/ Sidney A. Fitzwater

SIDNEY A. FITZWATER
SENIOR JUDGE

Respectfully submitted and agreed,

*/s/ Tristan Morales*
Tristan Morales (admitted *pro hac vice*)
O'MELVENY & MYERS LLP
1625 Eye St., 10th Floor
Washington, DC 20006
(202) 383-5112
tmorales@omm.com

Kimberly Williams (TX Bar No. 24050592)
O'MELVENY & MYERS LLP
2801 North Harwood St., Ste. 1600
Dallas, TX 75201
(972) 360-1908
kwilliams@omm.com

*Attorneys for Defendant Southwest Airlines Co.*

*/s/ Cameron T. Norris*
Thomas R. McCarthy (admitted *pro hac vice*)
Cameron T. Norris (admitted *pro hac vice*)
Steven C. Begakis (ND Tex. No. 95172VA)
R. Gabriel Anderson (TX Bar No. 24129302)
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
tom@consovoymccarthy.com
cam@consovoymccarthy.com
steven@consovoymccarthy.com

Adam K. Mortara (admitted *pro hac vice)*
LAWFAIR LLC
40 Burton Hills Blvd., Ste. 200
Nashville, TN 37215
(773) 750-7154
mortara@lawfairllc.com

*Attorneys for Plaintiff American Alliance for Equal Rights*