# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS, *Plaintiff,* v. SOUTHWEST AIRLINES CO., *Defendant.* | Case No. 3:24-CV-1209-D |

## ORDER

The Court, having considered the parties Joint Motion to Amend Local Rule 7.1 Briefing Schedule, hereby GRANTS the motion.

Defendant's deadline to respond to Plaintiff's Motion for Summary Judgment is extended to May 22, 2025, and Plaintiff's deadline to reply is extended to June 12, 2025. Plaintiff's deadline to respond to Defendant's Motion for Judgment is extended to May 13, 2025.

**SO ORDERED**.

April 17, 2025.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE

1