# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS, *Plaintiff*, v. SOUTHWEST AIRLINES CO., *Defendant*. | Case No. 3:24-CV-1209-D |

# JOINT RESPONSE REGARDING
# THE COURT'S SUA SPONTE ORDER

After conferring, the parties do not oppose the disposition proposed by the Court in its May 14, 2025 Order [Dkt. 68] and agree that this Court should enter final judgment in the Alliance's favor for nominal damages of $0.01. Though that judgment makes the Alliance the prevailing party, this Court need not award attorney's fees or costs because the parties have settled the amount that Southwest will pay the Alliance for fees and costs confidentially out of court.

Dated: May 21, 2025

/s/ *Tristan Morales*
Kimberly Williams (TX Bar No. 24050592)
O'MELVENY & MYERS LLP
2801 North Harwood St., Ste. 1600
Dallas, TX 75201
(972) 360-1908
kwilliams@omm.com

Tristan Morales (pro hac vice)
O'MELVENY & MYERS LLP
1625 Eye St., 10th Floor
Washington, DC 20006
(202) 383-5112
tmorales@omm.com

Anton Metlitsky (pro hac vice)
O'MELVENY & MYERS LLP
1301 Ave. of the Americas, Ste. 1700
New York, NY 10019
(212) 326-2000
ametlitsky@omm.com

*Counsel for Defendant Southwest Airlines Co.*

Respectfully submitted,

/s/ *Cameron T. Norris*
Thomas R. McCarthy*
  (VA Bar No. 47154)
Cameron T. Norris**
  (TN Bar No. 33467)
Steven C. Begakis**
  (ND Tex. No. 95172VA)
R. Gabriel Anderson**
  (TX Bar No. 24129302)
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
tom@consovoymccarthy.com
cam@consovoymccarthy.com
steven@consovoymccarthy.com
gabe@consovoymccarthy.com

Adam K. Mortara*
  (TN Bar No. 40089)
LAWFAIR LLC
40 Burton Hills Blvd., Ste. 200
Nashville, TN 37215
(773) 750-7154
mortara@lawfairllc.com

*pro hac vice
**member of the Northern District of Texas

*Counsel for Plaintiff American Alliance for Equal Rights*

## CERTIFICATE OF SERVICE

I hereby certify on May 21, 2025, a true and correct copy of this document was served electronically by the Court's CM/ECF system to all counsel of record.

                                                     */s/ Cameron T. Norris*
                                                           Counsel for Plaintiff